## Fleishon *v.* Philadelphia Zoning Board of Adjustment (et al., Appellants).

Argued May 1, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Morris Wolf,* with him *George X. Schwartz* and *Wolf, Block, Schorr & Solis-Cohen,* for appellant.

*Irvin Stander,* with him *Abraham L. Freedman,* City Solicitor, and *Richard H. Markowitz,* Assistant City Solicitor, for appellee.

OPINION PER CURIAM, May 21, 1956:

The owner of the property involved appealed from an Order of the court below which reversed the Zoning Board of Adjustment which had approved permits for a two-story apartment house and an outdoor parking lot. The owner had applied, not for a special exception or variance, but for permits on the ground that the application for the permits was in strict conformity with the Zoning Ordinance.

The decree is affirmed on the able and comprehensive opinion of President Judge OLIVER. Costs shall be paid by appellants.